UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ALLEN,

       Plaintiff,

v.

       Case No.: 1:07-cv-128

       HONORABLE PAUL L. MALONEY

DANIEL SCHOENFELD,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #29). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant Daniel Schoenfeld's Motion for Summary Judgment (Dkt. #26) is **GRANTED**. This action is dismissed.

Dated: July 31, 2008

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge